IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'MARR L. BURNETT,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY FRAYNE, et al.,<br><br>    Defendants. / | No. C 09-04693 SBA (PR)<br><br>**ORDER DENYING RENEWED MOTION FOR APPOINTMENT OF COUNSEL AND GRANTING PLAINTIFF A SECOND EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS** |

    Before the Court are Plaintiff's renewed motion for appointment of counsel and his request for a second extension of time to file his opposition to Defendants' motion to dismiss (docket no. 33).

    In an Order dated August 25, 2010, the Court denied Plaintiff's first request for appointment of counsel. For the same reasons, Plaintiff's renewed motion for appointment of counsel (docket no. 33) is DENIED.

    The Court GRANTS Plaintiff's motion for a second extension of time to file his opposition to Defendants' motion to dismiss (docket no. 33). The time in which Plaintiff may file his opposition will be extended up to and including **November 30, 2010.** If Defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

    This Order terminates Docket no. 33

    IT IS SO ORDERED.

DATED: 10/27/10

                                                                             SAUNDRA B. ARMSTRONG<br>
                                                                             United States District Judge

G:\PRO-SE\SBA\CR.09\Burnett4693.EOT2Atty.frm

<div style="margin-left: sidebar">**United States District Court** / For the Northern District of California</div>

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

5  OMARR L. BURNETT,

Case Number: CV09-04693 SBA

6              Plaintiff,

**CERTIFICATE OF SERVICE**

7     v.

8  FRAYNE et al,

9              Defendant.
                                    /

11 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

12

13 That on October 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located

14 in the Clerk's office.

17 O'Marr L. Burnett F-26842
   Salinas Valley State Prison
18 P.O. Box 1050
   Soledad, CA 93960-1050

19
   Dated: October 27, 2010
20
                                        Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.09\Burnett4693.EOT2Atty.frm          2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

G:\PRO-SE\SBA\CR.09\Burnett4693.EOT2Atty.frm        3