IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OMARR L. BURNETT,

    Plaintiff,

v.

DEPUTY FRAYNE, et al.,

    Defendants.

No. C 09-04693 SBA (PR)

**ORDER GRANTING PLAINTIFF A THIRD EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

    Plaintiff has filed a request for a third extension of time in which to file his opposition to Defendants' Motion to Dismiss.  Having read and considered Plaintiff's request, and good cause appearing,

    IT IS HEREBY ORDERED that Plaintiff's request for a third extension of time is GRANTED.  The time in which Plaintiff may file his opposition to Defendants' Motion to Dismiss will be extended up to and including **December 30, 2010**.

    If Defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

    **No further extensions of time will be granted in this case absent exigent circumstances.**

    This Order terminates Docket no. 35.

    IT IS SO ORDERED.

DATED: 11/16/10

                                             SAUNDRA BROWN ARMSTRONG
                                             United States District Judge

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OMARR L. BURNETT,

        Plaintiff,

  v.

FRAYNE et al,

        Defendant.

Case Number: CV09-04693 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 18, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

O'Marr L. Burnett F-26842
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: November 18, 2010

                      Richard W. Wieking, Clerk
                      By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.09\Burnett4693-3rdEOT-Oppn.wpd

2