IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMARR L. BURNETT,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPUTY FRAYNE, et al.,<br><br>    Defendants. | No. C 09-04693 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S THIRD REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiff has filed a request for a third extension of time in which to file his opposition to Defendants' Motion for Summary Judgment. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's third request for an extension of time is GRANTED. The time in which Plaintiff may file his opposition to Defendants' Motion for Summary Judgment will be extended up to and including **September 30, 2011**.

Defendants shall file a reply brief no later than **fifteen (15) days** after the date Plaintiff's opposition is filed. **No further extensions of time will be granted in this case absent exigent circumstances.**

This Order terminates Docket no. 53.

IT IS SO ORDERED.

DATED: 9/16/11

                                                        SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

OMARR L. BURNETT,

        Plaintiff,

v.

FRAYNE et al,

        Defendant.

Case Number: CV09-04693 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

O'Marr L. Burnett F-26842
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: September 20, 2011

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk