United States District Court
For the Northern District of California

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4  OMARR L. BURNETT,                           No. C 09-04693 SBA (PR)

5              Plaintiff,                      **ORDER GRANTING IN PART AND
                                               DENYING IN PART PLAINTIFF'S**
6       v.                                     **FIFTH REQUEST FOR EXTENSION OF
                                               TIME TO FILE OPPOSITION TO**
7  DEPUTY FRAYNE, et al.,                      **DEFENDANTS' MOTION FOR
                                               SUMMARY JUDGMENT**
8              Defendants.
                                    /
9

10      On May 4, 2011, Defendants filed their motion for summary judgment.  Plaintiff's opposition

11  to Defendants' motion for summary judgment was due on December 30, 2011; therefore, it is

12  currently overdue.

13      Before the Court is Plaintiff's "Motion to Stay" (docket no. 63), in which he requests a "stay

14  in proceedings" because he is

15      without a Professional Attorney needed to meaningfully represent his claims, the
        SVSP's law library is woefully deficient, Plaintiff is a lay person without any
16      formal civil training in Civil law, that Plaintiff is going home on February 12[,]
        2012 etc; and that in the interests of justice the action should be heard and granted.
17

18  (Pl.'s Mot. to Stay at 1.)

19      The Court notes that Plaintiff has already received previous extensions of time to file his

20  opposition to the motion for summary judgment.  The original deadline for his opposition was July

21  5, 2011, but it was extended to August 15, 2011 when the Court granted Plaintiff's second request

22  for an extension.[1]  On August 25, 2011, Plaintiff's third request for an extension was also granted,

23  and he was given until September 30, 2011 to file an opposition.  Finally, Plaintiff's fourth request

24  for an extension was granted, and, as mentioned above, he was given until December 30, 2011 to file

25  an opposition.  Therefore, Plaintiff has already received one hundred forty-seven (147) additional

26

27      [1] The Court notes that Plaintiff's first request indicated that the deadline to file his opposition
    was on "June 7, 2011"; therefore, he had requested an extension up to and including "July 4, 2011."
28  (June 5, 2011 Req. for EOT at 1.)  The Court granted his request in an Order dated June 13, 2011.
    However, the Court notes that Plaintiff's opposition was actually due on July 5, 2011, sixty days after
    the motion for summary judgment was filed.  Therefore, Plaintiff's first extension request was not
    necessary.

**United States District Court**
For the Northern District of California

1   days to file his opposition.  Nevertheless, the Court finds that another very brief extension of time is

2   appropriate; however, a "stay of proceedings," as Plaintiff requests will not be granted.  Instead, the

3   Court construes his motion as a fifth request for an extension of time to file his opposition to

4   Defendants' motion for summary judgment after his release date on February 12, 2012.

5   Accordingly, Plaintiff's fifth request for an extension of time to file his opposition to Defendants'

6   motion for summary judgment is GRANTED in part and DENIED in part.  Plaintiff must file his

7   opposition no later than **February 3, 2012.**  Defendants' reply to the opposition must be filed no

8   later than **February 29, 2012.  This is the final extension that will be given to Plaintiff, and no**

9   **further extensions of time will be granted in this case.**

10          This Order terminates Docket no. 63.

11          IT IS SO ORDERED.

12
       DATED:  1/27/12                                  _Saundra B Armstrong_
13                                                      SAUNDRA BROWN ARMSTRONG
                                                        United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  OMARR L. BURNETT,                                        Case Number: CV09-04693 SBA

7            Plaintiff,                                     **CERTIFICATE OF SERVICE**

8     v.

9  FRAYNE et al,

10            Defendant.

    /

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.

13

14  That on January 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle

15  located in the Clerk's office.

16

17

18  O'Marr L. Burnett F-26842
Salinas Valley State Prison

19  P.O. Box 1050
Soledad, CA 93960-1050

20  Dated: January 30, 2012

21                                              Richard W. Wieking, Clerk
                                                By: LISA R CLARK, Deputy Clerk

22

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.09\Burnett4693.grantIPdenyIP5thEOT-Oppn.wpd   3