**United States District Court**
For the Northern District of California

1

2

3

4

5                      UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7                           EUREKA DIVISION

8

9    O'MARR L. BURNETT,                          No.  4:09-CV-4693 SBA (NJV)

10           Plaintiff,                          ORDER RESCHEDULING STATUS
                                                 CONFERENCE
11        v.

12   DEPUTY FRAYNE, *et al.*,

13           Defendants.
     _____/

14

15

16        The telephonic status conference previously set for July 5, 2012, is HEREBY

17   RESCHEDULED for July 10, 2012, at 10:00 a.m.  The parties shall dial 888-684-8852, enter access

18   code 1868782 and security code 7416.  At the status conference, the parties shall report on the

19   outcome of their meeting regarding settlement.

20

21   Dated:  June 12, 2012
                                              _____
22                                            NANDOR J. VADAS
                                              United States Magistrate Judge
23

24

25

26

27

28

United States District Court
For the Northern District of California

1

2

3              IN THE UNITED STATES DISTRICT COURT

4          FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                        EUREKA DIVISION

6    O'MARR L. BURNETT,

7                                        No. 4:09-CV-4693 SBA (NJV)

8              Plaintiff,

9    v.                                  **CERTIFICATE OF SERVICE**

10   DEPUTY FRAYNE, et al,

11             Defendants.
                                    /

12

13        I, the undersigned, hereby certify that on June 12, 2012, I served a true and correct copy of

14   the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below,

     by depositing said envelope in the U.S. Mail.
15

16

17

18   O'Marr L. Burnett
     9949 Lawlor Street
19   Oakland, CA 94605

20

21
     Dated:  June 12, 2012
22

23                            /s/  *Linn Van Meter*
                                  Linn Van Meter
24                          Administrative Law Clerk to the
                            Honorable Nandor J. Vadas
25

26

27

28

2