UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| O'MARR L. BURNETT,<br><br>          Plaintiff,<br><br>     v.<br><br>DEPUTY FRAYNE, *et al.*,<br><br>          Defendants.<br>_____/ | No.  4:09-CV-4693 SBA (NJV)<br><br>ORDER RESCHEDULING STATUS CONFERENCE |

The telephonic status conference previously set for July 5, 2012, is HEREBY RESCHEDULED for July 10, 2012, at 10:00 a.m.  The parties shall dial 888-684-8852, enter access code 1868782 and security code 7416.  At the status conference, the parties shall report on the outcome of their meeting regarding settlement.

Dated:  June 12, 2012

_____
NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

O'MARR L. BURNETT,

        Plaintiff,

v.

DEPUTY FRAYNE, et al,

        Defendants.
                               /

No. 4:09-CV-4693 SBA (NJV)

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on June 12, 2012, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

O'Marr L. Burnett
9949 Lawlor Street
Oakland, CA 94605

Dated: June 12, 2012

                             /s/ *Linn Van Meter*
                              Linn Van Meter
                        Administrative Law Clerk to the
                        Honorable Nandor J. Vadas