IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

O'Marr L Burnett,

    Plaintiff,

        v

Timothy R. Frayne, et al.,

    Defendants.

Case No C 09-4693 SBA (NJV)

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on July 17, 2012 in San Francisco. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff, O'Marr Burnett Pro Se

☐ Warden or warden's representative

☐ Office of the California Attorney General

☒ Other: Glenn M. Levy, Deputy County Counsel for Defendant

1   (2)   The following individuals, parties, and/or representatives did not appear:

2   (3)   The outcome of the proceeding was:

3       ☐ The case has been completely settled.

4       ☐ The case has been partially resolved and, on or before

5 _____, counsel for defendants shall file a joint stipulation specifying

6 those claims which have been resolved and those that remain to be resolved by the Court.

7       ☐ The parties agree to an additional follow up settlement on

8 _____.

9       ☒ The parties are unable to reach an agreement at this time.

10 Date: 8/6/12

11                 Nandor J Vadas
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Burnett,<br><br>    Plaintiff,<br><br>v.<br><br>Frayne,<br><br>    Defendant.<br>_____/ | No. C 09-4693 SBA<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 8/6/12,  I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**O'Marr L. Burnett**
9949 Lawlor Street
Oakland, CA 94605

RICHARD W. WIEKING, CLERK

By:/s/_____
      Deputy Clerk

3