**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12    O'Marr L Burnett,                          Case No C 09-4693 SBA (NJV)

13          Plaintiff,                           REPORT OF PRO SE PRISONER
                                                 EARLY SETTLEMENT
14          v                                    PROCEEDING

15    Timothy R. Frayne, et al.,

16          Defendants.

17

18

19          A settlement conference in this matter was held on July 17, 2012 in San Francisco.

20    The results of that proceeding are indicated below:

21    (1)    The following individuals, parties, and/or representatives participated in the

22           proceeding, each possessing the requisite settlement authority:

23           ☒   Plaintiff, O'Marr Burnett Pro Se

24           ☐  Warden or warden's representative

25           ☐  Office of the California Attorney General

26           ☒  Other: Glenn M. Levy, Deputy County Counsel for Defendant

27

28

1    (2)      The following individuals, parties, and/or representatives did not appear:

2    (3)      The outcome of the proceeding was:

3              ☐ The case has been completely settled.

4              ☐  The case has been partially resolved and, on or before

5    _____, counsel for defendants shall file a joint stipulation specifying

6    those claims which have been resolved and those that remain to be resolved by the Court.

7              ☐ The parties agree to an additional follow up settlement on

8    _____.

9              ☒  The parties are unable to reach an agreement at this time.

10   Date:   8/6/12                       _____

11                                        Nandor J Vadas
                                          United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2                    UNITED STATES DISTRICT COURT

3                    NORTHERN DISTRICT OF CALIFORNIA

4

5   Burnett,                                    No. C 09-4693 SBA

6          Plaintiff,                           CERTIFICATE OF SERVICE

7   v.

8   Frayne,

9          Defendant.

10
    _____/
11
    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
12  District Court, Northern District of California.

13  That on 8/6/12,  I SERVED a true and correct copy of the attached, by placing said copy in
    a postage paid envelope addressed to the person(s) listed below, by depositing said
14  envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle
    located in the Office of the Clerk.
15
    **O'Marr L. Burnett**
16  9949 Lawlor Street
    Oakland, CA 94605
17

18

19                                        RICHARD W. WIEKING, CLERK

20
                                          By:/s/_____
21                                              Deputy Clerk

22

23

24

25

26

27

28                                               3