IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OMARR L. BURNETT,

    Plaintiff,

v.

DEPUTY FRAYNE, et al.,

    Defendants.

No. C 09-04693 SBA (PR)

**JUDGMENT**

    The Court has dismissed the present civil rights complaint without prejudice based on Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall terminate all pending motions and close the file.

    IT IS SO ORDERED.

DATED: 12/10/2013

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.09\Burnett4693.jud.wpd