IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMARR L. BURNETT,<br><br>    Plaintiff,<br><br>  v.<br><br>DEPUTY FRAYNE, et al.,<br><br>    Defendants. | No. C 09-04693 SBA (PR)<br><br>**JUDGMENT** |

The Court has dismissed the present civil rights complaint without prejudice based on Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules. A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall terminate all pending motions and close the file.

IT IS SO ORDERED.

DATED: 12/10/2013

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.09\Burnett4693.jud.wpd